IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AREDIA® AND ZOMETA® PRODUCTS ) | No. 3:06-MD-1760 |
| LIABILITY LITIGATION ) | |
| ) | JUDGE CAMPBELL |
| (MDL No. 1760) ) | |
| ) | MAGISTRATE JUDGE BROWN |
| This Document Relates To Case No.: ) | |
| 3:08-cv-00918 (Zimmerman/Newman) ) | |
| ) | |

## NOVARTIS PHARMACEUTICALS CORPORATION'S *DAUBERT* MOTION TO EXCLUDE CAUSATION TESTIMONY OF PLAINTIFF'S EXPERTS IN THE <u>*NEWMAN* CASE</u>

Novartis Pharmaceuticals Corporation ("NPC") hereby moves to exclude the testimony of plaintiff's non-retained experts, Dr. Frederick Smith, Dr. John Irey, Dr. Marc Fisher, Dr. John Mennitt, and Dr. George Obeid, because plaintiff cannot satisfy her burden of establishing that each expert's opinions meet the admissibility requirements of Rule 702 and *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993). Plaintiff's retained expert, Dr. Richard Kraut should be excluded because, *inter alia*, he: (1) has no scientifically reliable basis for his opinion on general causation; and (2) has no scientifically reliable basis for his opinion on specific causation and failed to perform a scientifically reliable differential diagnosis. The grounds for this motion are set forth in more detail in the accompanying memorandum of law.

| | |
|---|---|
| May 19, 2011 | Respectfully submitted, |

<div style="margin-left:50%">

s/ Katharine R. Latimer
Joe G. Hollingsworth
Katharine R. Latimer
(klatimer@hollingsworthllp.com)
  HOLLINGSWORTH LLP
  1350 I Street, N.W.
  Washington, DC  20005
  (202) 898-5800
  (202) 682-1639 (fax)

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 19th day of May 2011 served a true and correct copy of the foregoing Novartis Pharmaceuticals Corporation's *Daubert* Motion to Exclude Causation Testimony of Plaintiff's Experts in the *Newman* Case by operation of the Court's Electronic Case Filing System on the following, including Plaintiffs' Liaison Counsel:

Robert G. Germany, Esq.
Pittman, Germany, Roberts & Welsh, LLP
P.O. Box 22985
Jackson, MS  39225-2985
(601) 948-6200

C. Patrick Flynn
Flynn & Radford
320 Seven Springs Way
Suite 150
Brentwood, TN 37027
(615) 370-9448

                                                s/ Katharine R. Latimer
                                                Katharine R. Latimer
                                                (klatimer@hollingsworthllp.com)
                                                  HOLLINGSWORTH LLP
                                                  1350 I Street, N.W.
                                                  Washington, DC 20005
                                                  (202) 898-5800
                                                  (202) 682-1639 (fax)

                                               *Attorneys for Defendant*
                                               *Novartis Pharmaceuticals Corporation*