UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**ROGER W. TITUS**  500 CHERRYWOOD LANE
**UNITED STATES DISTRICT JUDGE**  GREENBELT, MARYLAND  20770
 301-344-0052

M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *Zimmerman v. Novartis Pharmaceuticals Corporation*
Civil Action No. RWT 08-2089

DATE: September 19, 2012

Counsel:

On September 18, 2012, the Court received Defendant Novartis' Renewed Motion for Summary Judgment on Proximate Causation & Memorandum in Support [ECF No. 174]. Due to the rapidly approaching November 6, 2012 trial date in this matter, the Court **ORDERS** as follows:

1. Plaintiffs **SHALL FILE** a response to Defendant's Renewed Motion for Summary Judgment on or before **October 5, 2012**;

2. Defendant may file a reply on or before **October 15, 2012**;

3. The Court will hear oral argument on Defendant's Renewed Motion for Summary Judgment on **October 30, 2012, at 10:00 a.m**;

4. The Court will also hear argument on all other pending motions on **October 30, 2012 at 10:00 a.m**;

5. The pretrial conference presently scheduled for **October 22, 2012 at 3:00 p.m.** will take place at the conclusion of the hearing on **October 30, 2012**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE